FILED
March 28, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES BOWDEN<br><br>Defendant. | Case No. 2:23-mj-00045-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL JAMES BOWDEN  Case No. 2:23-mj-00045-DB Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $  50,000.00 co-signed by parents Michael and Sharon Bowden

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): \_\_

Issued at Sacramento, California on March 28, 2023 at 2:00 PM

Dated:  March 28, 2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE