PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BOWDEN, <br><br> Defendant. | CASE NO. 2:23-MJ-00045-DB <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, and defendant Michael Bowden, both individually and by and through his counsel of record, Candice Fields, Esq., hereby stipulate as follows:

1. The Complaint in this case was filed on March 23, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 23, 2023. He was ordered released on pretrial supervision. The Court set a preliminary hearing date of April 18, 2023.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 27, 2023, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The

government has provided initial disclosure in the case and it consists of written reports, photographs, , and related materials.

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 18, 2023, and April 27, 2023, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  April 14, 2023                                     PHILLIP A. TALBERT
                                                          United States Attorney


                                                          /s/ *Jason Hitt*
                                                          JASON HITT
                                                          Assistant United States Attorney


Dated:  April 14, 2023                                     /s/ *Candice Fields*
                                                          CANDICE FIELDS, Esq.
                                                          Counsel for Defendant
                                                          Michael Bowden

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL BOWDEN,<br><br>                Defendant. | CASE NO. 2:23-MJ-00045-DB<br><br>ORDER GRANTING EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

The Court has reviewed the stipulation of the parties in this matter requesting an extension of time of the preliminary hearing date to April 27, 2023, at 2:00 p.m. before Magistrate Judge Allison Claire, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Based upon the representations of the parties, the Court makes the following findings:

1. Good cause exists to extend the preliminary hearing set for April 27, 2023, at 2:00 p.m., before Magistrate Judge Allison Claire. Fed. R. Crim. P. Rule 5.1(d); and

2. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), Local Code T4.

**IT IS SO ORDERED.**

Dated: <u>April 14, 2023</u>

                                                        CAROLYN K. DELANEY<br>
                                                        UNITED STATES MAGISTRATE JUDGE