CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:  (916) 790-9450

Attorneys for Defendant
Michael Bowden

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00104-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL BOWDEN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Jason Hitt, and

defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1.    By previous order, this matter was set for status on June 20, 2023.

2.    By this stipulation, defendant now moves to continue the status conference until August

8, 2023, and to exclude time between June 20, 2023, and August 8, 2023, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case

includes investigative reports, photos, videos, and search warrant affidavits. 190 pages of this

discovery has been either produced directly to counsel and/or made available for inspection and

copying.

b)    Counsel for defendant desires additional time to consult with her client, review

discovery, conduct any necessary investigation, and prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1        c)     Counsel for defendant believes that failure to grant the above-requested

2 continuance would deny her the reasonable time necessary for effective preparation, taking into

3 account the exercise of due diligence.

4        d)     The government does not object to the continuance.

5        e)     Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of June 20, 2023 to August 8, 2023,

10 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

11 because it results from a continuance granted by the Court at defendant's request on the basis of

12 the Court's finding that the ends of justice served by taking such action outweigh the best interest

13 of the public and the defendant in a speedy trial.

14     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

17     IT IS SO STIPULATED.

Dated:  June 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
Jason Hitt
Assistant United States Attorney

Dated:  June 13, 2023

/s/ *Candice L. Fields*
Candice L. Fields
Counsel for Defendant
Michael Bowden

1

**ORDER**

2        Pursuant to the stipulation of the parties, the status conference previously scheduled for June 20,

3  2023is continued to August 8, 2023 at 9:30 a.m. and time is excluded between June 20, 2023, and

4  August 8, 2023, under Local Code T4.

5        IT IS SO ORDERED.

6  Dated:   **June 13, 2023**

7                                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28