CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorney for Defendant
Michael Bowden

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00104-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL BOWDEN, | DATE: October 10, 2023 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Jason Hitt, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 10, 2023. ECF No. 24.

2. By this stipulation, defendant now moves to continue the status conference until January 23, 2024, and to exclude time between October 10, 2023, and January 23, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photos, videos, and search warrant affidavits. 190 pages of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with her client, review discovery, conduct any necessary investigation, and prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested

1  continuance would deny her the reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence.
3          d)  The government does not object to the continuance.
4          e)  Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the original date
6  prescribed by the Speedy Trial Act.
7          f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  et seq., within which trial must commence, the time period of October 10, 2023 to January 23, 2024,
9  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
10 results from a continuance granted by the Court at defendant's request on the basis of the Court's
11 finding that the ends of justice served by taking such action outweigh the best interest of the public and
12 the defendant in a speedy trial.
13      4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
14 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
15 must commence.
16      IT IS SO STIPULATED.

Dated:  October 2, 2023                       PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ Jason Hitt
                                                          Jason Hitt
                                                         Assistant United States Attorney

Dated:  October 2, 2023                       /s/ Candice L. Fields
                                                          Candice L. Fields
                                                         Counsel for Defendant
                                                         Michael Bowden

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for October 10, 2023 is continued to January 23, 2024, at 9:30 a.m. and time is excluded between October 10, 2023, and January 23, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: __**October 3, 2023**__

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE