1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2751
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )  CASE NO. 2:23-CR-0104 DAD
                                        )
12                     Plaintiff,       )  STIPULATION AND ORDER SETTING CHANGE
                                        )  OF PLEA DATE AND VACATING STATUS
13          v.                          )  CONFERENCE DATE
                                        )
14 MICHAEL BOWDEN,                      )
                                        )
15                                      )
                     Defendant.         )
16                                      )
                                        )
17                                      )
                                        )
18

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record Candice Fields, Esq., hereby stipulate as follows:

21      1.   By previous order, this matter was set for status conference on January 23, 2024, with

22 time excluded to that date pursuant to Local Code T4. ECF 26.

23      2.   By this stipulation, the parties respectfully move to advance the status conference from

24 January 23, 2024, and setting a date for entry of guilty pleas on November 21, 2023, with time excluded

25 to November 21, 2023, under Local Code T4.

26      3.   The parties agree and stipulate, and provide the following grounds for the requested

27 advancement and exclusion of time:

28

a) Defense counsel continues to review discovery, prepare for the entry of guilty pleas, and prepare for sentencing proceedings after entry of pleas on November 21, 2023. For these reasons, the parties stipulate and agree that an exclusion of time from the Speedy Trial Act under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] is appropriate for defense preparation.

b) The parties moved diligently to reach an early resolution of the charges against the defendant in this case and seek to advance the existing date of January 23, 2024, to November 21, 2023, in order to move the defendant's case to resolution on a faster timeline.

IT IS SO STIPULATED.

Dated: November 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: November 9, 2023

/s/ *Candice Fields, Esq.*
CANDICE FIELDS, Esq.
Counsel for Defendant
MICHAEL BOWDEN
Authorized to sign for Ms. Fields on 11-9-23

**ORDER**

Based upon the representations and stipulation of the parties and good cause appearing, the Court makes the following orders:

1. The status conference date of January 23, 2024, is vacated;
2. A date for entry of pleas is now set for November 21, 2023, at 9:30 a.m., and time is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for defense preparation up to and including the date of November 21, 2023.

IT IS SO ORDERED.

Dated:  **November 9, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE