CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorney for Defendant
Michael Bowden

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>            v.<br><br>MICHAEL BOWDEN,<br><br>                             Defendant. | CASE NO.  2:23-CR-00104-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: March 12, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Jason Hitt, and defendant, by and through defendant's counsel of record Candice L. Fields, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 12, 2024.

2. By this stipulation, defendant now moves to continue the status conference until March 26, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant requires additional time to prepare for the sentencing hearing including the presentation of mitigation evidence.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) Counsel for the government is in a lengthy trial and also requires additional time

to prepare for the sentencing hearing. Therefore, the government does not object to the continuance.

    d)  Based on the above-stated findings, good cause exists to grant the requested continuance.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 5, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Jason Hitt<br>Jason Hitt<br>Assistant United States Attorney |
| Dated: March 5, 2024 | /s/ Candice L. Fields<br>Candice L. Fields<br>Counsel for Defendant<br>Michael Bowden |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for March 12, 2024, is continued to March 26, 2024 at 9:30 a.m.

  IT IS SO ORDERED.

Dated:  **March 6, 2024**                              
                       DALE A. DROZD
                       UNITED STATES DISTRICT JUDGE